IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DENNIS JEFCOAT; DONNA
JEFCOAT,

        1:15-cv-00456-CL

    Plaintiffs,

v.                      **ORDER**

TERESA FOREMAN; CITY OF
CHILOQUIN,

    Defendants.

---

**PANNER, District Judge:**

    On April 29, 2016, Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#39), and the matter is now before this Court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs have filed objections (#43), Defendants have responded to Plaintiffs' objections (#44) and I have reviewed the file of

1 - ORDER

this case *de novo*. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation. Plaintiffs' Amended Motion for Partial Summary Judgment (#28) is DENIED. Defendants' Motion for Summary Judgment (#20) is GRANTED. Judgment is for Defendants.

IT IS SO ORDERED.

DATED this **23** day of June, 2016.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER